IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA C. CLARKE, )
)
        Plaintiff, )
)
v. ) 1:04CV00369
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
        Defendant. )

## J U D G M E N T

On May 12, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment (docket no. 11) is denied, that defendant's motion for judgment on the pleadings (docket no. 13) is granted, and that this action be, and the same hereby is, dismissed.

                                       /s/ William L. Osteen
                                       United States District Judge

July 14, 2005